FILED
Clerk's Office
USDC Mass.
Date 11/13/2020
By DJ
Deputy Clerk

THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MARCHELLE. L WILLIAMS CIVIL ACTION NO.1:17-cv-11632 NMG

Plaintiff v

MASSACHUSETTS BAY

TRANSPORTATION AUTHORITY

FILED
IN CLERKS OFFICE
2020 NOV 16 13 AM 11: 56
U.S. DISTRICT COURT
DISTRICT OF MASS.

MOTION FOR LEAVE TO ADD PARTIES

I Marchelle L Williams hereby moves the court pursuant rule 7:1 10 days to add the parties Margaret Fong MBTA Greenline Supervisor , Ivey Payne Massachusetts Bay Transportation Superintendent formerly supervisor and William McClellan MBTA former Chief of Light Rail Operations as defendants . These four individuals knowingly and willingly engaged in the unlawful termination of the plaintiffs rights under The Family Medical Leave Act pursuant 29 CFR 825, et seq. I Marchelle L Williams pray such leave will be granted .

Respectfully Submitted

Marchelle L Williams Pro8E

Dated: November 13, 2020

582 BLUE HILL AVE

DORCHESTER, MA 02121

mardar4929@gmail.com

CERTIFICATE OF SERVICE

I certify this documented to be electronically submitted through the ECF system via the US District Court ECF system and exhibits faxed and mailed USPS to Kavita Goyal

ROSEN& GOYAL P.C. 204 ANDOVER ST ANDOVER, MA 01080 kgoyal@rosenlawoffice.com