UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARCHELLE L. WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 17-cv-11632-NMG |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY | ) |
| Defendant. | ) |

REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTIONS TO DISMISS
[Docket Nos. 60, 67]

January 29, 2021

Boal, M.J.

Pro se Plaintiff Marchelle Williams alleges that Defendant Massachusetts Bay Transportation Authority (the "MBTA") discriminated against him on the basis of a disability in violation of M.G.L. ch. 151B, and discharged him in violation of the Family Medical Leave Act, 29 U.S.C. § 2601 et seq. (the "FMLA"). Docket No. 1 at ¶¶ 10-17. The MBTA has filed counterclaims based on the breach of a settlement agreement that allegedly resolved Williams' claims in this case. Docket No. 49. Williams has moved to dismiss those counterclaims. Docket Nos. 60, 67. For the following reasons, I recommend that Judge Gorton deny Williams' motions.[1]

---

[1] Judge Gorton referred Williams' motions to dismiss to the undersigned on December 1, 2020 and December 29, 2020. Docket Nos. 61, 72.

After consideration of plaintiff's objections thereto (Docket No. 82), Report and Recommendation is accepted and adopted.

*NMGorton*, USDJ 02/22/21